UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) DOCKET NO.:    3:00-cr-00147-22-GCM |
| v. | ) |
| | ) **MOTION TO DISMISS INDICTMENT** |
| [22] ALI ADHAM AMHAZ | ) |
| | ) |
| | ) |
| | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this Court endorsed on the attached Order for Dismissal, the United States Attorney for the Western District of North Carolina hereby dismisses the indictments (as they relate to [22] ALI ADHAM AMHAZ only) in the above-captioned case without prejudice.

Respectfully submitted, this the day of September 20, 2019.

R. ANDREW MURRAY
UNITED STATES ATTORNEY

**s/ Craig D. Randall**
North Carolina Bar Number 26638
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28204
Telephone: (704) 344-6222
E-mail: craig.randall@usdoj.gov

Carillon Bldg, Suite 1700
227 West Trade Street
Charlotte, NC 28202
Phone: 704-344-6222
Fax: 704-344-6629